McCREA v. ROBERTSON et al.

(Supreme Court, Appellate Division, First Department. June 15, 1906.)

Appeal from Special Term, New York County.

Action by William G. McCrea against Thomas B. Robertson and others. From an interlocutory judgment overruling a demurrer to the complaint, defendants appeal. Reversed, with leave to amend.

Argued before O'BRIEN, P. J., and McLAUGHLIN, INGRAHAM, CLARKE, and HOUGHTON, JJ.

George H. Taylor, Jr., for appellants.
B. F. Gerding, for respondent.

INGRAHAM, J. The question in this case is the same as that presented in the case of William G. McCrea v. James McClenahan, as executor, etc. (decided herewith), 99 N. Y. Supp. 689, and for the reasons there stated the judgment appealed from must be reversed, with costs, and the demurrer sustained, with costs, with leave to the plaintiff to amend the complaint upon payment of costs in this court and in the court below.

McLAUGHLIN and HOUGHTON, JJ., concur.

CLARKE, J. I dissent for the reasons stated in the dissenting opinion in McCrea v. McClenahan.

O'BRIEN, P. J., concurs.